IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JAMES EDWARD RICHARDS, JR.**                                              **PLAINTIFF**

V.                                        **4:12CV00686 JMM**

**BRIAN TICHENOR,**
**STEVEN CRUTCHFIELD, and**
**ERIC KNOWLES**                                                              **DEFENDANTS**

## JUDGMENT

Pursuant to the Order granting Defendants' Motion for Summary Judgment, Judgment is hereby entered in favor of the Defendants and against the Plaintiff with prejudice.

IT IS SO ORDERED this 21st day of May, 2013.

_____
James M. Moody
United States District Judge